# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142759(78)

In re C.I. MORRIS, Minor.

_____

SC: 142759
COA: 299471
Wayne CC Family Division:
08-483987

On order of the Chief Justice, the motion by respondent appellant for extension of the time for filing his brief is considered and, it appearing the brief was filed August 23, 2011, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2011

_____
Clerk